

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due on March 5, 2020. After Appellant failed to file a brief or motion for extension of time, we ordered Appellant's counsel Kimbel Ward-Neal to file either the brief or a motion to dismiss by March 30, 2020. Ms. Ward-Neal filed a motion for extension of time to file the brief. We extended the brief's due date to April 6, 2020.

To date, no brief or second motion for extension of time to file the brief has been filed. We ORDER Kimbel Ward-Neal to file a motion to dismiss, the brief, or a motion for extension of time to file the brief within TEN DAYS of the date of this order.

If no brief or motion is filed by that date, we may abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.



Michael A. Cruz,
Clerk of Court